IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MEEKA DOUGLAS,<br><br>  Plaintiff,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL, LLC, and XYZ CORPORATION,<br><br>  Defendants. | Civil Action<br>File No.: |

### CARRABBA'S ITALIAN GRILL, LLC'S PETITION OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, Carrabba's Italian Grill, LLC (hereinafter "Carrabba's"), by and through its undersigned counsel, and files its Petition of Removal and respectfully shows this Court the following:

1. Carrabba's is named as a defendant in a civil action brought against it in the State Court of Clayton County, State of Georgia, in this District and Division, the same being entitled Meeka Douglas v. Carrabba's Italian Grill, LLC et al., Civil Action File No. 2021CV02255.

2. The Summons and Complaint in that action were filed in the State Court of Clayton County on October 5, 2021, as were first received by Carrabba's by service through Carrabba's registered agent on October 6, 2021. Thus, Carrabba's timely files this Petition of Removal.

3. Carrabba's files herewith a copy of all process, pleading, and orders including the Summons and Complaint in this action, pursuant to 28 USC § 1446. [Attached hereto as Exhibit "A"].

4. Plaintiff is and, at all times relevant, was a resident of Clayton County and is a citizen of the State of Georgia.

5. Carrabba's is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of Florida and having its principal place of business in Florida.

6. In the lawsuit, Plaintiff also named "XYZ Corporation" as a defendant. 28 USC § 1441(b)(1) provides that "[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded." Accordingly, defendant "XYZ Corporation" should be ignored for purposes of establishing diversity jurisdiction.

7. After disregarding "XYZ Corporation" as a defendant for purposes of establishing diversity, the Court is left with the Georgia resident Plaintiff, and Florida

resident Carrabba's. Therefore, complete diversity exists, and this case is properly removed.

8. Plaintiff's Complaint alleges she slipped on October 15, 2019 in the bathroom of a Carrabba's restaurant, resulting in musculoskeletal injuries, a disc herniation, back pain, and shoulder pain. Plaintiff's is seeking damages for future pain and suffering, medical bills, loss of income, future medical bills, and loss of enjoyment of life.

9. Specifically, Plaintiff alleges the following damages to date: (1) Atlanta Health Unlimited (Chiropractor) $4,500, (2) American Health Imaging $2,370, (3) Peachtree Spine Physicians $3,000, (4) loss wages $1,000, (5) pain and suffering $25,000, and (6) future medicals $50,000.

10. In total, Plaintiff is claiming $85,870.00. Thus, Plaintiff's alleged damages exceed the jurisdictional sum of greater than $75,000, exclusive of interests and costs.

11. The aforementioned Georgia State Court action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and, accordingly, is one which may be removed to this Court by Carrabba's pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum

of $75,000.00 exclusive of interests and costs and is between citizens of different states.

12. Carrabba's attaches hereto a copy of Carrabba's Notice of Removal, which has been submitted for filing to the State Court of Clayton County, marked as Exhibit "B."

This 3rd day of November, 2021.

        Goodman McGuffey LLP
        Attorneys for Carrabba's Italian Grill, LLC

By:   /s/Robert A. Luskin_____
      ROBERT A. LUSKIN
      GA Bar No. 004383
      rluskin@GM-LLP.com
      KATHERINE I. BARTON
      GA Bar No. 882335
      KBarton@GM-LLP.com
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084
      (404) 264-1500 Phone
      (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MEEKA DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL, LLC, and XYZ CORPORATION,<br><br>    Defendants. | Civil Action<br>File No.: |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Ronald B. Hatcher, Esq.
P O Box 161442
Atlanta, GA 30321
rhatcherlaw@gmail.com

This 3rd day of November, 2021.

*/s/Robert A. Luskin*
ROBERT A. LUSKIN
GA Bar No.  004383
rluskin@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax