# Exhibit A

## IN THE STATE COURT OF CLAYTON COUNTY GEORGIA

| | |
|---|---|
| **MEEKA DOUGLAS,** :<br>125 Valleydale Drive :<br>Stockbridge, GA 30281 :<br>    Plaintiff, :<br> :<br>v. :<br> :<br>**CARRABBA'S ITALIAN GRILL, LLC** :<br>1887 Mt. Zion Road :<br>Morrow, GA 30206 :<br> :<br>    And :<br> :<br>**XYZ CORPORATION** :<br>**Fictitious Parent or Holding Company** :<br>**of Defendant Carrabba's Italian Grill** :<br>**LLC to be added when ascertained** :<br>    Defendants. : | Case No. 2021CV02255<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT FOR DAMAGES

1.

Plaintiff Meeka Douglas is and, at all times relevant, was a resident of Clayton County, Georgia, residing at 125 Valleydale Drive, Stockbridge, GA 30281.

2.

Defendant Carrabba's Italian Grill, LLC, at all times relevant, is a foreign limited liability company doing business at 1887 Mt. Zion Road, Clayton County, Morrow, GA 30260. Service can be perfected on Defendant Carrabba's by servcing its registered agent Corporate Creations Network, Inc., 2985 Gordy Parkway, 1st Floor, Marietta GA 30066.

3.

Defendant XYZ Corporation is any unknown parent or holding company of Defendant

Copy from re:SearchGA

Carrabba's Italian Grill, LLC, which through its supervision and management, or lack thereof, of Defendant Carrabba's Italian Grill, LLC, caused or contributed to causing Plaintiff's injuries and damages complained of herein. Any such fictions entity will be added as a party defendant herein when ascertained.

**4.**

On October 15, 2019 at about 830 P.M., Plaintiff and her husband were invitees of defendants having dinner at the aforesaid restaurant at 1887 Mr. Zion Road, Morrow, GA.

5.

As their invitee, Defendants owed Plaintiff an affirmative duty to exercise ordinary care to keep their restaurant safe, clean and free from hazardous conditions.

6.

Additionally, as their invitee, Defendants owed Plaintiff a duty to inspect its restaurant for unsafe conditions. a duty to warn Plaintiff of unsafe conditions, and a duty to eliminate hazardous conditions.

7.

After finishing her dinner, Plaintiff went to Defendants' restroom located within the restaurant.

8.

After entering the restroom and approaching the sink, without warning and without a reasonable opportunity to recognize and avoid injury, Plaintiff was caused to violently slip and stumble as a result of water or another transitory substance underfoot on the restroom floor.

9.

Plaintiff states that at all times she was exercising due care for her own safety, not distracted, and did not observe any wet floor sign or any other warning prior to slipping.

Copy from re:SearchGA

10.

After regaining her balance and composure, Plaintiff immediately returned to her table and informed Defendants' manager (Lester Gilbert) and waitress (Anna) of slipping and stumbling. Whereupon, Defendants' waitress entered the restroom and mopped the substance up. The waitress reported back stating she "mopped the floor but could not find the wet floor sign."

11.

Defendants knew, or in the exercise of reasonable and ordinary care, should have known of the hazardous restroom condition, or Defendants created the hazardous condition either through the acts of its employees in their negligent maintenance of the restroom, or their negligent failure to properly inspect the restroom, or their negligent methods of operation. Defendants therefore breached its duty to correct or warn of the wet bathroom floor.

12.

Additionally, Defendants should have previously installed a non-slip surface which would have prevented Plaintiff's violently slip and stumble..

13.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered musculoskeletal injuries, a disc herniation, back pain, shoulder pain, future pain and suffering, medical bills, loss of income, future medical bills, loss of enjoyment of life and such or damages which shall be proven at trial.

12.

Without limitation, Plaintiff has incurred the following special damages to date: (1) Atlanta Health Unlimited (Chiropractor) $4.500, (2) American Health Imaging $2,370, (3) Peachtree Spine Physicians $3,000 (e), (4) loss wages $1,000. (5) pain and suffering $25,000, and (6) future medicals $50,000 (e). Plaintiff reserves the right to amend this list of specials.

Copy from re:SearchGA

**WHEREFORE**, Plaintiff prays for judgment as follows:

**a)**   That Plaintiff be awarded judgment against Defendants for special, general and compensatory damages in an amount to be determined at trial;

**b)**   A trial by jury in this cause;   and

**c)**   Such other and further relief as this Court deems just and proper.

    /s/ Ronald B. Hatcher

Ronald B. Hatcher, Esq.
Attorney for Plaintiff
GA Bar No. 337380
P O Box 161442
Atlanta, GA 30321
(404) 526-9440
rhatcherlaw@gmail.com

Copy from re:SearchGA

2021CV02255

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

| |
|---|
| Meeka Douglas |
| 125 Valleydale Drive |
| Stockbridge, GA 30281 |

Plaintiff

2021CV02255
Case Number

| |
|---|
| Vs. |
| Carrabba's Italian Grill, LLC |
| c/o Corporate Creations Network, Inc. |
| Registered Agent |
| 2985 Gordy Parkway, 1st Floor |
| Marietta GA 30066 |

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Atty. Ronald B. Hatcher
P O Box 161442
Atlanta, GA 30321

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN
CLERK OF COURT
State Court of Clayton County**

By: W. Lawrence
Deputy Clerk

Case 1:21-cv-04533-MLB   Document 1-1   Filed 11/03/21   Page 7 of 13   e-Filed 10/7/2021 1:50 PM
2021CV02255
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

# AFFIDAVIT OF SERVICE

| Case: 2021CV02255 | Court: IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA | County: Clayton, GA | Job: 6202764 (RBH-0003) |
|---|---|---|---|
| Plaintiff / Petitioner: MEEKA DOUGLAS | | Defendant / Respondent: CARRABBA'S ITALIAN GRILL, LLC | |
| Received by: 2N2 Investigative Services, LLC | | For: Ronald B. Hatcher | |
| To be served upon: CARRABBA'S ITALIAN GRILL, LLC via its Registered Agent, Corporate Creations Network, Inc. | | | |

I, LEROY RICHARDSON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** XIOMARA MOCTEZUMA, Corporate Creations Network, Inc.: 2985 Gordy Pkwy 1st Floor, Marietta, GA 30066
**Manner of Service:** Registered Agent, Oct 6, 2021, 12:42 pm EDT
**Documents:** SUMMONS; COMPLAINT FOR DAMAGES; (Received Oct 5, 2021 at 4:08pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 6, 2021, 12:42 pm EDT at Corporate Creations Network, Inc.: 2985 Gordy Pkwy 1st Floor, Marietta, GA 30066 received by XIOMARA MOCTEZUMA. Age: 25-30; Ethnicity: Hispanic; Gender: Female; Weight: 155; Height: 5'4"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist - Corporate Creations Network, Inc.; Service attempted at a business location for Corporate Creations Network Inc. (Registered Agent for Carrabba's Italian Grill, LLC). Server made contact with the Intake Specialist for Corporate Creations Network Inc., Xiomara Moctezuma, who accepted service of process for Carrabba's Italian Grill, LLC. Personally Served on Registered Agent.

LEROY RICHARDSON   Date 10/6/2021

2N2 Investigative Services, LLC
PO Box 391391
Snellville, GA 30039
4079244357

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 10-6-2021   Commission Expires 10-3-2022



Case 1:21-cv-04533-MLB   Document 1-1   Filed 11/03/21   Page 8 of 13   e-Filed 11/3/2021 10:01 AM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Quiyanna Thomas**

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| MEEKA DOUGLAS,<br><br>   Plaintiff,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL, LLC, and XYZ CORPORATION,<br><br>   Defendants. | Civil Action<br>File No.:   2021CV02255 |

## CARRABBA'S ITALIAN GRILL, LLC'S DEFENSES AND ANSWER

COMES NOW, Carrabba's Italian Grill, LLC, named Defendant in the above styled action, and files the following Defenses and Answer to Plaintiff's Complaint and shows the Court as follows:

### FIRST DEFENSE

The Complaint fails to set forth a claim against this Defendant upon which relief can be granted.

### SECOND DEFENSE

For a Second Defense, the Defendant answers the numbered paragraphs of the Complaint as follows:

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 1 of the Complaint and, therefore, cannot admit or deny same.

2.

Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 3 of the Complaint and, therefore, cannot admit or deny same.

4.

Upon information and belief, Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.

Defendant admits it owes certain duties under Georgia law to individuals on its premises. Responding further, Defendant denies the remaining allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.

Defendant admits it owes certain duties under Georgia law to individuals on its premises. Responding further, Defendant denies the remaining allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 7 of the Complaint and, therefore, cannot admit or deny same.

8.

Defendant denies, as pled, the allegations contained in Paragraph 8 of the Complaint.

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 9 of the Complaint and, therefore, cannot admit or deny same.

10.

Defendant denies, as pled, the allegations contained in Paragraph 10 of the Complaint.

11.

Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.

Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.

Defendant denies the allegations contained in Paragraph 13 of the Complaint.

12. [sic]

Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 14 (improperly numbered as Paragraph 12) of the Complaint and, therefore, cannot admit or deny same.

15.

Defendant denies that Plaintiff is entitled to any relief requested in the WHEREFORE paragraph of the Complaint, including subparagraphs a) through c).

16.

Any allegation of the Complaint not admitted, denied or otherwise responded to above is hereby denied.

## THIRD DEFENSE

Defendant is not liable to Plaintiff because Defendant breached no duty owed to Plaintiff in regard to the occurrence giving rise to this Complaint.

## FOURTH DEFENSE

Defendant shows that the alleged damages of Plaintiff, if any, were caused by the contributory and comparative negligence of Plaintiff.

## FIFTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the consequences of any act or failure to act of Defendant.

## SIXTH DEFENSE

Defendant is not liable to Plaintiff because the negligence of Plaintiff equaled or preponderated over any acts or omissions of Defendant in producing or in bringing about the occurrence complained of, but Defendant denies that any act of Defendant produced, brought about, caused, or contributed to in any manner whatsoever the occurrence complained of in the Complaint.

## SEVENTH DEFENSE

Plaintiff's injuries, if any, were caused by an unforeseeable intervening third party tortfeasor and/or the acts and failure to act of persons or entities other than Defendant.

## EIGHTH DEFENSE

The Complaint should be dismissed for lack of jurisdiction over the subject matter, lack of jurisdiction over the person of this Defendant, improper venue, and insufficiency of process and service of process as to this Defendant.

## NINTH DEFENSE

In the event that any benefits have been paid by or on behalf of Defendant, Defendant is entitled to a set off against any verdict for the amount of benefits paid. See, *Orndorff v. Brown*, 197 Ga. App. 591 (1990).

WHEREFORE, having fully answered, Defendant prays that the Complaint be dismissed with costs of this action cast against the Plaintiff.

This 3rd day of November, 2021.

        Goodman McGuffey LLP
        Attorneys for Carrabba's Italian Grill, LLC

By: */s/Robert A. Luskin*
    Robert A. Luskin
    GA State Bar No.:  004383
    rluskin@GM-LLP.com
    Katherine I. Barton
    GA State Bar No.:  882335
    KBarton@GM-LLP.com
    3340 Peachtree Road NE, Suite 2100
    Atlanta, GA 30326-1084
    (404) 264-1500 Phone
    (404) 264-1737 Fax

DEFENDANT DEMANDS
TRIAL BY JURY OF TWELVE

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| MEEKA DOUGLAS,<br><br>  Plaintiff,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL, LLC, and XYZ CORPORATION,<br><br>  Defendants. | Civil Action<br>File No.:     2021CV02255 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of Carrabba's Italian Grill, LLC's Defenses and Answer by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

> Ronald B. Hatcher, Esq.
> P O Box 161442
> Atlanta, GA 30321

This 3rd day of November, 2021.

By:    */s/Robert A. Luskin*
Robert A. Luskin
GA State Bar No.: 004383
rluskin@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

- 6 -